UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAQUIM PEDRO DE MORAIS FILHO,

Plaintiff,

-against-

GOOGLE LLC, APPLE INC., MICROSOFT
CORPORATION, META PLATFORMS INC.,

Defendants.

26-CV-2735 (LTS)

ORDER DIRECTING SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated April 9, 2026, the Court issued an order directing Plaintiff to pay $405.00 in fees or to submit an application to proceed *in forma pauperis* ("IFP") within 30 days. On May 9, 2026, the Court received an "Application to Appeal In Forma Pauperis Affidavit in Support of Motion," which the Court construes as an application to proceed IFP. Though timely filed, it is unsigned. For the reasons below, the Court directs Plaintiff to resubmit a signed IFP application.

The IFP application that Plaintiff submitted is unsigned. Rule 11(a) of the Federal Rules of Civil Procedure, however, provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a); *see Becker v. Montgomery*, 532 U.S. 757, 764 (2001) (interpreting Rule 11(a) to require, "as it did in John Hancock's day, a name handwritten (or a mark handplaced)").

Plaintiff is therefore directed to complete, sign and submit the attached amended IFP application within 30 days of the date of this order. The signed document must be labeled with docket number 26-CV-2735 (LTS).

If Plaintiff mails the signature page to the court, or files it in person, Plaintiff must comply with Rule 11(a) by signing the document.

If Plaintiff submits the document by email, to ProSe@nysd.uscourts.gov, Plaintiff may use a digital signature or a typed name with /s/ ("/s/ Joaquim Pedro De Morais Filho") on the signature line. *See* Local Civil Rule 5.2 ("Any document submitted . . . [by email] must be signed by the party in one of the following ways: (a) by signing the document and then scanning it; (b) by using a digital signature; or (c) by typing: "/s/ [Party's Name].").

**CONCLUSION**

Plaintiff is directed to complete, sign and submit the attached amended IFP application form within 30 days of the date of this order.

No summonses shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    May 20, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge

2